## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

JOHN KEYS,

        Petitioner

        v.

COURT OF COMMON PLEAS OF
PHILADELPHIA COUNTY,

        Respondent

: No. 107 EM 2019
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 5th day of December, 2019, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.